UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

ALEXANDER BEDOYA-GUEVARA,
                Defendant.
-----------------------------------------------------------X

21 CR. 715 (RMB)

**ORDER**

       The Court will hold an arraignment in the above captioned case on Thursday, August 4, 2022 at 9:00 AM.

       In light of the continuing COVID-19 pandemic, the proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0715

Dated: July 28, 2022
       New York, NY

                                          _____
                                              RICHARD M. BERMAN
                                                  U.S.D.J.