**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                                    21 CR. 715 (RMB)

   -against-

                                                                                                                    **ORDER**

ALEXANDER BEDOYA-GUEVARA,
                Defendant.
------------------------------------------------------------X

       The status conference scheduled for Tuesday, November 1, 2022 at 9:00 AM will be held in Courtroom 17B.

Dated: October 27, 2022
       New York, NY

                                                                        _____
                                                                              RICHARD M. BERMAN
                                                                                   U.S.D.J.