**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
               Government,          :          21 CR. 715 (RMB)
                                               :
       - against -                          :          **<u>ORDER</u>**
                                               :
ALEXANDER BEDOYA-GUEVARA,                       :
                                               :
              Defendant.           :
---------------------------------------------------------------x


      The status conference scheduled for Tuesday, February 21, 2023 at 11:30 A.M.

will take place in Courtroom 17B.


Dated: February 14, 2023
     New York, NY


__ _Richard M. Berman_ _____
     RICHARD M. BERMAN
        U.S.D.J.