# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 10, 2023

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/23

Re: **United States v. Alexander Bedoya-Guevara**
    **21 Cr. 715 (RMB)**

Dear Judge Berman:

I am the appointed counsel to represent Alexander Bedoya-Guevara in the above referenced matter. Counsel submits this letter to have new counsel assigned to represent Mr. Bedoya-Guevara in this matter. The attorney-client relationship has deteriorated in this case and new counsel is necessary and should be appointed.

Respectfully submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (212) 417-8730

Cc: AUSA David Robles (via ECF)
    AUSA Alexander Li

We will discuss at the conference on 2/21/23.

SO ORDERED:
Date: 2/15/23    *Richard M. Berman*
                 Richard M. Berman, U.S.D.J.