**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2023

**BY ECF**
The Honorable Richard Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   <u>United States</u> v. <u>Alexander Bedoya-Guevara</u> and <u>Gerardo Jaramillo-Aleman</u>,
           21 Cr. 715 (RMB)

Dear Judge Berman:

    The Government writes, with the consent of defendants Alexander Bedoya-Guevara and Gerardo Jaramillo-Aleman, to request that the status conference scheduled for June 6, 2023 at 10:30 a.m. be adjourned for approximately 60 days. The parties are engaged in productive discussions regarding potential pretrial resolutions and believe the additional time would facilitate those discussions. In addition, both defense counsel request additional time for their review of the discovery. If the Court grants the adjournment, the Government further requests, with the consent of the defendants, that Speedy Trial time be excluded until the next conference date.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

By: _____
                      Alexander Li
                      David Robles
                      Assistant United States Attorneys
                      (212) 637-2265/-2550

cc:   Margaret Shalley, Esq. (*by ECF*)
      Jason Foy, Esq. (*by ECF*)

---

Conference is adjourned to 8/15/23 at 11:00 am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 6/1/23
Richard M. Berman, U.S.D.J.