# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

January 30, 2024

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:    *U.S. v. Bedoya-Guevara*
                     **21 CR 715 (RMB)**

Dear Judge Berman:

    I am the attorney for Alexander Bedoya-Guevara, the defendant in the above-referenced matter. A conference in this case is currently scheduled for February 6, 2024. The purpose of this letter is to respectfully request a 90-day adjournment. I am currently on trial before the Honorable Nelson S. Roman in *US v. Carter, et al.*, 21 Cr. 681. The trial is expected to last for three weeks. Additionally, the parties continue to be engaged in productive discussions regarding a pretrial resolution of this matter. A 90-day adjournment would provide sufficient time for counsel to finish the trial and meet with Mr. Bedoya-Guevara to continue to discuss his case and possible pretrial disposition.

    This is defense counsel's third, and final, request for an adjournment of the conference. The first two requests were granted and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the conference to the week of May 6, 2024, or a date that is convenient to the Court. Additionally, all parties consent to the exclusion of Speedy Trial time until the next conference date.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/24

1

The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: AUSA Alexander Li
AUSA David Robles
James Foy, Esq.
(*via ECF*)

---

Conference is adjourned to 5-8-24 at 11:30am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 1/31/24

Richard M. Berman
Richard M. Berman, U.S.D.J.