**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA, :
: 
                          Government, : 21 CR. 715 (RMB)
:
     - against - : **ORDER**
:
:
ALEXANDER BEDOYA-GUEVARA, :
:
                          Defendant. :
------------------------------------------------------------x

        The status conference scheduled for Wednesday, May 8, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: May 1, 2024
       New York, NY

                                              RICHARD M. BERMAN
                                                    U.S.D.J.