UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                       **ORDER**

      -against-

                                                                  S1  21 Cr 715 (RMB)

ALEXANDER BEDOYA GUEVARA,

                    Defendant.
------------------------------------------------------------X

      WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on August 15, 2024;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

      WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

      IT IS HEREBY ORDERED that ALEXANDER BEDOYA GUEVARA's guilty plea is accepted.

      IT IS HEREBY FURTHER ORDERED that the sentence will be held on November 20, 2024 at 11:30 am in Courtroom 17 B, 500 Pearl Street, New York, New York.  Defense submission shall be due November 4, 2024 and Government submission shall be due November 12, 2024.

Dated:  New York, New York
          August 19, 2024

                                                  _____
                                                  **RICHARD M. BERMAN, U.S.D.J.**