**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                  **ORDER**

        -against-                                               21 **CR.** 715 (RMB)

ALEXANDER BEDOYA GUEVARA,

                           Defendant.
------------------------------------------------------------X

The sentence in this matter is adjourned to February 26, 2025 at 10:00 am.

Defense sentencing submission is due February 11, 2025. Government sentencing submission is due February 18, 2025.

Dated: New York, New York
          October 31, 2024

                                            */s/ Richard M. Berman*
                                     _____
                                     **RICHARD M. BERMAN, U.S.D.J.**