**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,     :   21 CR. 715 (RMB)
                                          :
    - against -                      :   **ORDER**
                                          :
                                          :
ALEXANDER BEDOYA-GUEVARA,                :
                                          :
                Defendant.      :
---------------------------------------------------------------x

The sentencing scheduled for Wednesday, February 26, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: February 19, 2025
       New York, NY

                                          RICHARD M. BERMAN
                                              U.S.D.J.