UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ALEXANDER BEDOYA-GUEVARA,

Defendant.

21-CR-715 (RMB)

**ORDER**

---

The Court is in receipt of defendant Alexander Bedoya-Guevara's *pro se* letter, dated June 10, 2025, requesting a "two level decrease" to his United States Sentencing Guidelines ("U.S.S.G.") offense level pursuant to "U.S.S.G. Section 4C1.1 (Adjustment for Certain Zero-Point Offenders)." ECF No. 102.

After reviewing the record, the Court concludes that Mr. Bedoya-Guevara in fact received a two-level reduction to his offense level under U.S.S.G. § 4C1.1. *See* Sent'g Tr., dated Feb. 26, 2025, at 4 (ECF No. 97) ("The Court calculates the offense level to be 27[.]"); Final Presentence Investigation Rep., dated Nov. 8, 2024, ¶¶ 32–33 (ECF No. 78) (applying a two-level reduction because "[t]he defendant meets the criteria at § 4C1.1(a)(1)-(10). Therefore, the defendant is a Zero-Point Offender, and the offense level is reduced by two levels."); Plea Agreement, dated Aug. 2, 2024, at 3 ("the applicable Guidelines offense level is 27).

Because the Court at sentencing applied the two-level reduction that Mr. Bedoya-Guevara requests, Mr. Bedoya-Guevara has received the relief that he seeks, and his *pro se* letter is respectfully denied as moot.

Date: July 22, 2025
New York, New York

*RMB*
RICHARD M. BERMAN, U.S.D.J.